IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EAGLE GEOPHYSICAL, INC., *et al.*, | § | CASE NO. 09-33753-H5-11 |
| | § | |
| Debtors. | § | (Chapter 11 – Jointly Administered) |

### DEBTORS' EXPEDITED MOTION FOR ORDER AUTHORIZING PROCEDURE FOR MISCELLANEOUS ASSET SALES

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JANUARY 6, 2010 AT 2:30 P.M. IN COURTROOM 403, 515 RUSK AVENUE, HOUSTON, TEXAS. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-THREE DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**To the Honorable Karen K. Brown,
United States Bankruptcy Judge:**

Eagle Geophysical Onshore, Inc. and Eagle Geophysical, Inc. (collectively, the "Debtors") file this Motion for Order Authorizing Procedure for Miscellaneous Asset Sales.

### Nature of the Motion

1. The Debtors seek an order under §§ 105(a) and 363(c) of the Bankruptcy Code authorizing the sale of certain miscellaneous pieces of equipment and personal property valued at less than $15,000 upon written consent of the Official Committee of Unsecured Creditors ("Committee"). Such process will aid the Debtors in liquidating miscellaneous assets that were not previously sold at the Debtors' Court-approved auction and minimize storage costs and other expenses.

### Expedited Consideration

2. The Debtors seek expedited consideration. The Debtors have prospective purchasers for certain pieces of equipment. The Debtors believe that any delay might cause such purchasers to lose interest, forcing the Debtors to seek alternative purchaser(s) and incur further storage costs in the process. No party will be prejudiced by the requested relief.

### Jurisdiction and Venue

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (O). Venue of these cases is proper in this district pursuant to 28 U.S.C. §§ 1408(1) and (2).

### Background

4. On May 31, 2009, the debtors both filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The debtors continue to liquidate their businesses and manage their properties as debtors in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

5. On the petition date, the Debtors owned multiple vehicles, ATVs, miscellaneous equipment, tools, electronics and other personal property related to the operation of their seismic businesses. Substantially all of the foregoing personal property was located at the Debtors' facility/storage yard in Needville, Texas.

6. On October 28, 2009, the Court entered an order authorizing the Debtors to conduct a public auction at the Needville facility. The Debtors conducted the public auction on December 9, 2009. At the conclusion of the auction, the Debtors had sold more than 90% of the

equipment and personal property located at the facility and realized in excess of $1.8 million in gross sales proceeds.

7. Since the auction, various parties have expressed interest in purchasing certain unsold items. The Debtors believe that the remaining equipment and personal property at the Needville facility has nominal value and that filing a motion to sell each piece of property would be cost prohibitive.

### Requested Relief

8. The Debtors request authority under §§ 105 and 363(c) of the Bankruptcy Code to sell miscellaneous pieces of equipment and personal property that do not exceed $15,000 in value, so long as the Committee provides written consent, without the need for further order. If the Committee does not object to a proposed sale within 48 hours of receiving notice of the terms of such sale, the Committee will be deemed to have consented to such sale for purposes of these procedures. If the Committee does object to a proposed sale, the Debtors will either not sell the item(s) or seek further Court order.

9. All sales will be free and clear of all liens, claims, interests and encumbrances pursuant to § 363(f), with such liens, claims, interests and encumbrances to attached to the sales proceeds.

10. Accordingly, the Debtors request that the Court authorize the relief requested above and grant other just relief as appropriate.

**Dated: December 22, 2009.**

Respectfully submitted,

**Porter & Hedges, L.L.P.**

By:    /s/ Joshua W. Wolfshohl
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for the Debtors**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on December 22, 2009.

/s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl

## SERVICE LIST

Eagle Geophysical, Inc.
Eagle Geophysical Onshore, Inc.
c/o H. Malcolm Lovett, Jr.
Strategic Capital Corporation
520 Post Oak Blvd., Suite 320
Houston, TX 77027

Christine March
Office of the United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

**U/S Creditors Committee**
Matt Okin
Okin Adams & Kilmer, LLP
1113 Vine St., Suite 201
Houston, TX 77002

Arrow Geophysical Drilling, L.P.
c/o David W. Elrod
500 N. Akard, Suite 3000
Dallas, TX 75201

Mitcham Industries, Inc.
P.O. Box 1175
Huntsville, TX 77342-1175

Mitcham Industries, Inc.
c/o Munsch Hardt Kopf & Harr
500 N. Akard, Suite 3800
Dallas, TX 75201

ARAM Systems Corporation
c/o David Roland
2105 City West Blvd., Suite 400
Houston, TX 77042-2839

Credit Union Services
8131 LBJ Freeway, Suite 400
Dallas, TX 75251

Curry Auto Leasing
14850 Montfort Drive, Suite 295
Dallas, TX 75254

Marquette Equipment Finance
6975 Union Park Center, Suite 200
Midvale, UT 84047

SunTrust Equipment Finance & Leasing
300 East Joppa Road, 7th Floor
Towson, MD 21286

TFG-Texas, L.P.
6925 Union Park Center
Midvale, UT 84047

Town & Country Office Towers, LP
c/o Reliance Property Resource
10565 Katy Freeway, Suite 301
Houston, TX 77024

Wells Fargo Bank
1500 Waugh Drive, 1st Floor
Houston, TX 77019

**Eagle Geophysical, Inc.**
**20 Largest Unsecured Creditors**
A. John Knapp, Jr.
1811 Bering Drive, Suite 200
Houston, TX 77057

A. John Knapp, Jr. Trust
1811 Bering Drive, Suite 200
Houston, TX 77057

Allen Schubert
333 East Main, Suite 400
Louisville, KY 40202

Allstate Permit Services, LP
c/o Elrod, PLLC
500 North Akard, Suite 3000
Dallas, TX 75201

American Express
P.O. Box 53800
Phoenix, AZ 85072

1613931v1

Andover Group
919 Milam
Houston, TX 77002

Arrow Geophysical Drilling, L.P.
c/o Elrod, PLLC
500 North Akard, Suite 3000
Dallas, TX 75201

Douglas Thompson
250 Lloyds Lane
Vero Beach, FL 32963

Ronald Wood
Eagle Canada, Inc.
396 11th Avenue SW, Suite 110
Calgary, AB CN T2R 0C5

Eagle Equipment Leasing
300 Jackson Hill
Houston, TX 77007

Eagle Geophysical Offshore
Fixed Income Trust
908 Town & Country Blvd., Suite 400
Houston, TX 77027

Heli-Dunn, Inc.
P.O. Box 276
Phoenix, OR 97535

John Kornitzer
5420 West 61st Place
Mission, KS 66205

Julie Edwards
3826 Coleridge Street
Houston, TX 77005

Kent Teague
1050 Parkdale Drive
McKinney, TX 75069

Paris Residential 1
300 Jackson Hill Street
Houston, TX 77007

Realtime Geophysical Surveys, L.P.
c/o Elrod, PLLC
500 North Akard, Suite 3000
Dallas, TX 75201

Robert Hixon
P.O. Box 1388
Houston, TX 77251

Steward Cable
P.O. Box 11270
Midland, TX 79702

UHY, LLP
12 Greenway Plaza, Suite 1202
Houston, TX 77046

**Eagle Geophysical Onshore, Inc.**
**20 Largest Unsecured Creditors**
Allstate Permit Services, LP
c/o Elrod, PLLC
500 North Akard, Suite 3000
Dallas, TX 75201

ARAM Systems, Ltd.
7236 10th Street, NE
Calgary AB CN T2E 8X3

Arrow Geophysical Drilling, L.P.
c/o Elrod, PLLC
500 North Akard, Suite 3000
Dallas, TX 75201

Boone Exploration, Inc.
P.O. Box 8660
Huntsville, TX 77340

Buckley Powder Company
P.O. Box 17532
Denver, CO 80217

Dauterive Contractors, Inc.
4700 E. Old Jeanerette Rd.
New Iberia, LA 70563

1613931v1                     2

Eagle Canada, Inc.
396 11th Avenue SW, Suite 110
Calgary, AB CN T2R 0C5

Energy Operations Nevada
5777 Central Avenue
Boulder, CO 80301

Geophysical Land Services
P.O. Box 1078
Livingston, TX 77351

Geospace Technologies, LP
P.O. Box 3049
Houston, TX 77253

HMS Enterprises, Inc.
9203 Highway 6 S
Suite 124-406
Houston, TX 77083

Mitcham Industries, Inc.
P.O. Box 1175
Huntsville, TX 77342

O'Brien Resources, LLC
P.O. Box 6149
Shreveport, LA 71136-6149

Omni Energy Seismic Services, LLC
2383 Momentum Place
Chicago, IL 60689

Omni Labor Corporation
2385 Momentum Place
Chicago, IL 60689

PM Heli-Ops, Inc.
8371 Gold Ray Road
Central Point, OR 97502

Realtime Geophysical Surveys, L.P.
c/o Elrod, PLLC
500 North Akard, Suite 3000
Dallas, TX 75201

Texas Seismic Rental
12300 Parc Crest Drive
Stafford, TX 77477

Town & Country Office Towers, LP
c/o Reliance Property Resource
10565 Katy Freeway, Suite 301
Houston, TX 77024

Urban Seismic Specialists, Inc.
P. O. Box 1266
New Ulm, TX 78950

**Parties Requesting Notice**
Geophysical Land Services, LLC
Boone Exploration, Inc.
c/o Charles J. Cain
Cain & Skarnulis, LLP
400 W. 15th Street, Suite 1430
Austin, TX 78701

John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064

David W. Elrod/Worthy Walker
ELROD, PLLC
500 N. Akard Street, Suite 3000
Dallas, TX 75201

Steven A. Leyh
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024

Randall A. Rios
Munsch Hardt Kopf & Harr, PC
700 Louisiana, 46th Floor
Houston, TX 77002

Yolanda M. Humphrey
Perdue, Brandon, Fielder, Collins & Mott
1235 N. Loop W., Suite 600
Houston, TX 77008

Missouri Dept. of Revenue-Bankruptcy Unit
Attn: Richard M. Maseles
P.O. Box 475
Jefferson City, MO 65105-0475

Theodore M. Haik, Jr.
Haik, Minvielle & Grubbs, LLP
1017 E. Dale Street
P.O. Box 11040
New Iberia, LA 70562-1040

Harold Aubry Dauterive
4700 E. Old Jeanerette Road
New Iberia, LA 70563

David L. Roland
ION Geophysical Corporation
2105 CityWest Blvd, Suite 400
Houston, TX 77042-2839

Robert H. Singleton, Jr.
Singleton Cooksey, LLP
6363 Woodway, Suite 610
Houston, TX 77057

Paul Jordan
Sneed, Vine & Perry
P.O. Box 856
Georgetown, TX 78627

Alvin L. Thomas
Global Geophysical Services, Inc.
13927 S. Gessner Road
Missouri City, TX 77489

Geoffrey B. Treece
Quattlebaum, Grooms, Tull & Burrow
111 Center Street, Suite 1900
Little Rock, AR 72201

Stephen C. Tingey
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Nick Limperos
Grub & Ellis
1330 Post Oak Blvd., Suite 1400
Houston, Texas 77056

Sam Sloan
Third Coast Enterprises
P.O. Box 1416
Hempstead, Texas 77445

Doug H. Edwards
Haynes and Boone, LLP
One Houston Center
1221 McKinney Street, Suite 2100
Houston, TX 77010

Bill Hixon
300 Jackson Hill
P.O. Box 130410
Houston, Texas 77219

Grant DeFehr
Everest Operations Management
14313 N. May, Suite 100
Oklahoma City, OK 73134

Mark Zand
Wexford Capital, LP
411 W. Putnam Ave.
Greenwich CT 06830

Wayne A. Whitener
TGC Industries, Inc.
101 East Park Blvd.
Plano, Texas 75074

Securities Exchange Commission
Attn: Merri Jo Gillette, Regional Director
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Department of the Treasury – IRS
1919 Smith Street, Stop 5022HOU
Houston, Texas 77002

Office of the Attorney General
5137 Robert F. Kennedy Bldg.
10th St. & Constitution Ave. NW
Washington, D.C. 20530

Office of the U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

Wanda Cohen
Special Assistant United States Attorney
8701 S. Gessner, Suite 710
Houston, TX 77074

I.R.S.
P.O. Box 21126
Philadelphia, PA 19114

Office of the Attorney General
State of Texas
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804

U.S. Department of Labor
Frances Perkins Bldg.
200 Constitution Ave, NW
Washington, D.C. 20210

Canada Revenue Agency
7th Floor
555 MacKenzie Avenue
Ottawa ON  K1A 0L5

Ron Moore
Plant & Machinery, Inc.
2901 W. Sam Houston Pkwy N, #A-130
Houston, Texas 77013

Rhett G. Campbell
Mitchell E. Ayer
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002

Anthony A. Zmaila
Anthony A. Zmaila Limited PLLC
265 East Warm Springs Rd., Suite 100
Las Vegas, NV 89119