UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/13/2010

| | | |
|---|---|---|
| IN RE: | § § | |
| EAGLE GEOPHYSICAL, INC., *et al.*, | § § | CASE NO. 09-33753-H5-11 |
| Debtors. | § § | (Chapter 11 – Jointly Administered) |

ORDER
(Docket No. _____)

1. The Debtors' and the Official Committee of Unsecured Creditors' Joint Motion to Extend Exclusive Periods for Debtors to File and Obtain Acceptances of a Plan(s) is **granted**.

2. Pursuant to 11 U.S.C. §1121(d), the exclusive period for the Debtors to file a plan is extended 30 days, through and including January 27, 2010, and the exclusive period for the Debtors to obtain acceptances of a plan is extended 30 days, through and including March 29, 2010.

SIGNED this _____ day of __JAN 1 3 2010__, 2010.

_____
THE HONORABLE KAREN K. BROWN,
UNITED STATES BANKRUPTCY JUDGE